

# NUMBER 13-22-00625-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN THE ESTATE OF JOHN WESLEY POPEJOY, DECEASED

**On appeal from the County Court at Law No. 2
of Nueces County, Texas.**

## MEMORANDUM OPINION

**Before Justices Benavides, Longoria, and Tijerina
Memorandum Opinion by Justice Tijerina**

On December 29, 2022, appellant filed a notice of appeal. On January 10, 2023, the Clerk of the Court notified appellant that it appeared there is no final appealable order in this matter and Appellant was also advised, if the defect was not corrected within ten days, the appeal would be dismissed. TEX. R. APP. P. 42.3(b), (c).  Appellant was also notified that the notice of appeal otherwise failed to comply with Texas Rules of Appellate Procedure 25.1(d)(2) and (4) and 25.1(d)(8) and was provided thirty days to correct these defects.

Appellant has failed to correct the defects in the notice of appeal and has otherwise not responded to the notices from the clerk requiring a response or other action within the time specified; accordingly, the appeal is dismissed for want of prosecution. *See id.* 42.3(b), (c).

JAIME TIJERINA
Justice

Delivered and filed on the
20th day of April, 2023.